UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| FERESHTEH JESTICE<br>2403 Myrtle Lane<br>Reston, Virginia 20191 | :<br>:<br>: |
| and | : |
| AARON JESTICE<br>2403 Myrtle Lane<br>Reston, Virginia 20191<br>Greenbelt, Maryland 20770 | :<br>:<br>:<br>: |
| Plaintiffs | : |
| v. | : Case No. DKC 07 CV 1258 |
| KAISER FOUNDATION HEALTH<br>PLAN OF THE MID-ATLANTIC<br>STATES, INC.<br>2101 East Jefferson Street<br>Rockville, Maryland 20852 | :<br>:<br>:<br>:<br>: |
| and | :<br>: |
| MID-ATLANTIC PERMANENTE<br>MEDICAL GROUP, P.C.<br>2101 East Jefferson Street<br>Rockville, Maryland 20852 | :<br>:<br>:<br>: |
| Defendants | : |

**VOLUNTARY STIPULATION OF DISMISSAL OF ALL CLAIMS
WITH PREJUDICE**

COME NOW the parties, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and voluntarily agree that all claims, actions, and causes of action in the above-captioned matter against Defendants, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. d/b/a Kaiser Permanente and Mid-Atlantic Permanente Medical Group, P.C., shall be **DISMISSED WITH PREJUDICE**.

It is so stipulated this 9TH day of November, 2007.

Respectfully submitted,

| ARMSTRONG, DONOHUE, CEPPOS & VAUGHN, CHARTERED | KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A. |
|---|---|
| *signature* | *signature* |
| Jon Eric Rhoades, Esquire #12605<br>204 Monroe Street, Suite 101<br>Rockville, Maryland 20850<br>Attorney for Defendants | Annie P. Kaplan, Esquire<br>1133 Connecticut Avenue, N.W., Suite 250<br>Washington, D.C. 20036<br>Attorney for Plaintiffs |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2007, a copy of the foregoing was **electronically filed and mailed, first-class, postage prepaid**, to:

Annie P. Kaplan, Esquire
KARP, FROSH, LAPIDUS, WIGODSKY
    & NORWIND, P.A.
1133 Connecticut Avenue, N.W., Suite 250
Washington, D.C. 20036

*signature*
Jon Eric Rhoades

2